# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ERIC HAFNER, #00932-005, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 24-00021 JMS-WRP |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| SCOTT T. NAGO, | July 16, 2024 |
| Defendant. | At 8 o'clock and 30 min a.m. LUCY H. CARRILLO, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   On July 16, 2024, the Court issued its ENTERING ORDER, ECF No. 17 (July 16, 2024 Order).

   IT IS ORDERED AND ADJUDGED that this action is HEREBY DISMISSED without prejudice, pursuant to and in accordance with the July 16, 2024 Order. Further, the Clerk is DIRECTED to enter judgment and close this case.

| | |
|---|---|
| July 16, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |